AUSA Guess

# United States District Court

For the Western District of Texas
Austin Division

**FILED**
November 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____kf_____
DEPUTY

United States of America, §
§
v. §
§     Case Number: **1:25-MJ-1069**
**Marvin Adonay Bautista-Vasquez** §
Aka: Marvin Bautista-Vasquez, §
Marvin Bautistavasquez §

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **November 03**, **2025**, in the county of **Travis**, in the Western District of Texas, the defendant, **Marvin Adonay Bautista-Vasquez**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **November 03, 2025,** the defendant, an alien, was found in the Travis County Jail, in Austin, Texas, within the Western District of Texas**.** A deportation officer lodged a detainer after identifying the defendant, and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Honduras** on or about **December 31**, **2019**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (B. Hayman)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

**November 10, 2025**                                at          Austin, Texas
_____          _____
 Date                                                                         City and State

Mark Lane
United States Magistrate Judge
_____          _____
Name & Title of Judicial Officer                                  Signature of Judicial Officer